BEFORE THE THIRD DIVISION, JANUARY 7, 1963

No. 67326.—Kwan Yuen Co. *v.* United States, protest 59/17486 (Los Angeles).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of back scratchers similar in all material respects to those

the subject of *Ignaz Strauss & Co., Inc., et al.* v. *United States* (45 Cust. Ct. 161, C.D. 2218), the claim of the plaintiff was sustained.